Michael W. Barnett P07058
California Medical Facility
P.O Box 2500 G 324
Vacaville, Calif.
95696-2500

**FILED**
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Court Of Appeals
For THE Ninth Circuit

E-filing   JF

CV 08   4120   (PR)

Michael W. Barnett,
Plaintiff

vs.

Michael Knowles, Warden

Petition for
Case No:
For An Order Authorizing The
District Court to Consider This
Petition

Ninth Circuit Court Of Appeals; I Michael W. Barnett petition your Court for An order Authorizing The District Court of The Northern District To Consider this petition on the grounds stated in petitioner's petition for relief on new case laws And the Sixth And Fourteenth Amendment.
This is the first petition I ever had the chance to write or been Apart in it, so please forgive me for any And all mis--takes.

Wherefore, petitioner prays that the Court grant petitioner motion for relief.

I verify under penalty of perjury that the foregoing is true and correct.

_____   Executed on

Michael W. Barnett
Petitioner Name
Michael W. Barnett

# CERTIFICATE OF SERVICE

Case Name: _Barnett_ v. _Knowles_

Case No.: _____

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, and fill in the title of the document you are filing. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

    I certify that a copy of the _____
                                 (Name of document you are filing (i.e., opening brief, motion, etc.)

and any attachments was served, either in person or by mail, on the persons listed below.

_Michael Barnett_
Signature
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Attorney General Office | 455 Golden Gate Ave 11000 San Francisco, CA. 94102 3664 | |
| Ninth Circuit Court of Appealls | 95 Seventh St. San Francisco, CA. 94102 | |