*FILED*

AUG 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

*JF*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Michael W. Barnett

                         Plaintiff,

    vs.

Michael Knowles, Warden

                         Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**CV 08 4120**

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

*(PR)*

    I, Michael Barnett, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _Ruben's Painting    San Jose Ca. 408/224-5946_

5  _7.00 An hour_

6  _1996_

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.    Business, Profession or          Yes _____  No ___ ✓

10            self employment

11      b.    Income from stocks, bonds,        Yes _____  No ___ ✓

12            or royalties?

13      c.    Rent payments?                    Yes _____  No ___ ✓

14      d.    Pensions, annuities, or           Yes _____  No ___ ✓

15            life insurance payments?

16      e.    Federal or State welfare payments, Yes _____  No ___ ✓

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                      Yes _____  No ___ ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____    Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?          Yes ____ No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?                     Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ____ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ____

_____

8. What are your monthly expenses?

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ 9. Do |

1  you have any other debts? (List current obligations, indicating amounts and to whom they are

2  payable. Do not include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes _____ No _____

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _____        *Michael W Barnett*

17        DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

Case Number: _____

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

    I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _____ for the last six months

at *Michael Barnett  P07058*

                                       [prisoner name]

*Calif. Medical Facility* where (s)he is confined.

             [name of institution]

    I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ _____ and the average balance in the prisoner's

account each month for the most recent 6-month period was $_____.

Dated:_____         _____

                                 [Authorized officer of the institution]

```
TS210B                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                            ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  P07058
   ACCOUNT NAME:  BARNETT, MICHAEL  W.
   ACCOUNT TYPE:  I
CURRENT BALANCE:        0.00
   HOLD BALANCE:        0.00
 ENCUM. BALANCE:        0.00
      AVAILABLE:        0.00
PRIVILEGE GROUP:  A
   LAST CANTEEN:

--------- HOUSING LOCATION ---------     --------- ARRIVAL INFORMATION ----------

       FACILITY:  CMF                        ARRIVAL DATE:  06/03/2008
BED/CELL NUMBER:  MIG300000000324W         ARRIVAL STATUS:  TEMP
                                            FROM LOCATION:  LAC
                                          ARRIVAL COMMENT:

   TS210BA            BEGINNING DATE FOR TRANSACTION DISPLAY:   /  /
No Account Activity for this period. Enter date or press a function key.
```