**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. BARNETT,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL KNOWLES,<br><br>　　　　Respondent. | No. C 08-04120 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |

On August 28, 2008, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, Petitioner filed an in forma pauperis application which is deficient for the following reasons: 1) Petitioner failed to date his signature; 2) the Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer of the institution; and 3) Petitioner failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. The clerk's notice (Docket No. 4) was not clear in setting forth these deficiencies. In the interest of justice, the Court will extend the time for Petitioner to file a complete in forma pauperis application and the necessary accompanying documents. The application and documentation must be filed with the Court **no later than thirty (30) days** from the date this order is filed. Failure to

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.08\Barnett04120_ifp-eot.wpd

1 | comply with the Court's order in a timely manner will result in the dismissal of the
2 | case without prejudice for failure to pay the filing fee.
3 |     The Clerk shall include two copies of the court's <u>In</u> <u>Forma</u> <u>Pauperis</u>
4 | Application with the copy of this order to Petitioner.
5 |     IT IS SO ORDERED.
6 | DATED: 11/19/08
7 |                                     JEREMY FOGEL
                                    United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.08\Barnett04120_ifp-eot.wpd     2