**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL W. BARNETT,

   Petitioner,

vs.

MICHAEL KNOWLES,

   Respondent.

No. C 08-04120 JF (PR)

ORDER GRANTING REQUEST FOR ACCESS TO LAW LIBRARY

(Docket Nos. 11 & 13)

  Petitioner's request for an order compelling prison officials to grant him access to the prison law library (Docket Nos. 11 & 13) is GRANTED. Prison officials shall grant petitioner reasonable access to the law library so he may conduct research and prepare necessary documents.

  Petitioner also requests that prison officials be ordered to return his legal documentation and writing materials. However, this request regarding personal property must be addressed through the administrative process available to petitioner. See Booth v. Churner, 532 U.S. 731, 739 (2001); 42 U.S.C. 1997e(a). Accordingly, petitioner's request for a Court order is DENIED without prejudice.

  IT IS SO ORDERED.

DATED: 1/20/09

            JEREMY FOGEL
            United States District Judge

Order Granting Request for Access to Law Library
P:\PRO-SE\SJ.JF\HC.08\Barnett04120_lib-access.wpd