IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. BARNETT, ) <br> ) <br>       Petitioner, ) <br> ) <br>   vs. ) <br> ) <br> MICHAEL KNOWLES, ) <br> ) <br>       Respondent. ) <br> ) <br> _____ ) | No. C 08-04120 JF (PR) <br><br> ORDER GRANTING FINAL EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |

On August 28, 2008, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, Petitioner filed an in forma pauperis application which is deficient for the following reasons: 1) Petitioner failed to date his signature; 2) the Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer of the institution; and 3) Petitioner failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. Because the clerk's notice (Docket No. 4) was not clear in setting forth these deficiencies and in the interest of justice, the Court sua sponte extended the time for Petitioner to file a complete in forma pauperis application and the necessary accompanying documents.

Petitioner filed an in forma pauperis application along with the appropriate

Order Granting Final Ext. of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.08\Barnett04120_ifp-eot-final.wpd.wpd

1 trust account statement on December 31, 2008. However, the accompanying
2 Certificate of Funds in Prisoner's Account was not completed and signed by an
3 authorized officer of the institution. The Court will grant Petitioner a **final**
4 **extension of thirty (30) days** from the date this order is filed to file a completed
5 Certificate of Funds in Prisoner's Account. **Failure to comply with the Court's**
6 **order in a timely manner will result in the dismissal of the case without**
7 **prefudice for failure to pay the filing fee.**
8 The Clerk shall include two blank copies of the Certificate of Funds in
9 Prisoner's Account with the copy of this order to Petitioner.
10 IT IS SO ORDERED.
11 DATED: 1/7/09
12 JEREMY FOGEL
United States District Judge

Order Granting Final Ext. of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.08\Barnett04120_ifp-eot-final.wpd.wpd     2

**United States District Court**
For the Northern District of California