NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL W. BARNETT, | ) | No. C 08-04120 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO DISMISS |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL KNOWLES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | (Docket No. 23) |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Respondent filed a motion to dismiss the instant petition as second or successive under 28 U.S.C. § 2244(b). Petitioner did not file opposition although he was given an opportunity to do so. Based upon the papers submitted, the Court concludes that the instant petition is a second or successive petition. Since Petitioner has not presented an order from the Court of Appeals authorizing the Court to consider the claims in the instant petition, the Court will dismiss the petition.

///

///

**BACKGROUND**

In 1998, Petitioner was convicted of infliction of corporal injury on mother of child with prior, battery with serious bodily injury, two strike priors, and two serious felony priors in Santa Clara County Superior Court. Petitioner was sentenced to a total term of 35 years to life in state prison.

Petitioner appealed his conviction. The California Court of Appeal affirmed on September 27, 2000. The California Supreme Court denied review on January 10, 2001. Petitioner sought a petition for a writ of certiorari, which was denied by the United States Supreme Court on June 11. 2001.

Petitioner first filed a federal habeas petition in this Court on August 8, 2001, see Barnett v. Knowles, C 01-20748 JF (PR), which was voluntarily dismissed at the request of petitioner on October 8, 2002, in order to exhaust unexhausted claims through the state courts.

On October 8, 2002, petitioner filed a state habeas petition in state superior court, which was denied on November 6, 2002. Petitioner exhausted this state petition through the upper courts, with the state high court denying review on October 15, 2003.[1]

On October 29, 2003, Petitioner returned to this Court with a motion to file an amended petition under his previous federal habeas action, C 01-20748 JF (PR), but the Court denied the motion, and ordered the amended petition be opened as a new habeas action, Barnett v. Knowles, C 04-2782 JF (PR).

The amended petition was filed on July 12, 2004. Finding the petition stated cognizable claims, the Court issued an order directing Respondent to show cause why the writ should not be granted. On April 12, 2005, Respondent filed a motion

---

[1] Petitioner commenced a second round of state habeas petitions on February 26, 2004, by filing a second state petition in state superior court. The state petition filed in the California Supreme Court on June 1, 2004, was pending at the time Respondent filed his motion to dismiss.

1  to dismiss the petition as untimely, which the Court granted on March 29, 2006,

2  after careful review of the submitted papers thereon.  On May 17, 2006, this Court

3  denied petitioner's request for a certificate of appealability, and the Ninth Circuit

4  also denied the request on July 26, 2006.

5  　　　　Petitioner filed the instant federal habeas action on August 28, 2008.

6

7  　　　　　　　　　　　　　　**DISCUSSION**

8  　　　　Respondent has filed a motion to dismiss the instant petition as a second and

9  successive petition under 28 U.S.C. § 2244(b).  Petitioner did not file an opposition

10  although he was given an opportunity to do so.

11  　　　　A district court must dismiss claims presented in a second or successive

12  habeas petition challenging the same conviction and sentence unless the claims

13  presented in the previous petition were denied for failure to exhaust.  See 28 U.S.C.

14  § 2244(b)(1); Babbitt v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999).  Section

15  2244 does apply when the previous petition was dismissed as barred by the statute of

16  limitations which constitutes a disposition on the merits.  McNabb v. Yates, 576

17  F.3d 1028, 1029 (9th Cir. 2009); Murray v. Greiner, 394 F.3d 78, 81 (2d Cir. 2005).

18  Additionally, a district court must dismiss any new claims raised in a successive

19  petition unless the petitioner received an order from the court of appeals authorizing

20  the district court to consider the petition.  See 28 U.S.C. § 2244(b)(2).

21  　　　　Here, the instant petition challenges the same state conviction as the previous

22  petition by raising new claims of ineffective assistance by trial and appellate counsel

23  which were not raised in the earlier petition.  Petitioner has not presented an order

24  from the Ninth Circuit Court of Appeals authorizing this Court to consider these new

25  claims.  Furthermore, the previous petition was dismissed as untimely, which

26  constitutes a disposition on the merits.  See McNabb, 576 F.3d at 1029.

27  Accordingly, this Court must dismiss the instant petition in its entirety as a second or

28  successive petition pursuant to § 2244 (b)(1).

Order Granting Motion to Dismiss
P:\PRO-SE\SJ.JF\HC.08\Barnett04120_grant-mtd (succ).wpd    3

1

**CONCLUSION**

2      Respondent's motion to dismiss the petition as a second or successive petition

3  under § 2244(b) (Docket No. 23) is GRANTED.  The instant petition for writ of

4  habeas corpus is DISMISSED.

5      This order terminates Docket No. 23.

6      IT IS SO ORDERED.

7

8  DATED:  2/22/10

JEREMY FOGEL
9                                                      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Motion to Dismiss
P:\PRO-SE\SJ.JF\HC.08\Barnett04120_grant-mtd (succ).wpd      4

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MICHAEL W BARNETT,

          Petitioner,

  v.

MICHAEL KNOWLES, Warden,

          Respondent.

                             /

Case Number: CV08-04120 JF

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____2/23/10_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael W. Barnett P-07058
Lancaster State Prison
PO Box 4670
INF #13
Lancaster, CA 93536-4670


Dated: ____2/23/10_____

                                      Richard W. Wieking, Clerk